UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LINDA WINSTON and CHARLIE WINSTON,      JUDGMENT
                            Plaintiffs,      03-CV- 6321 (ARR)

-against-

MARRIOTT INTERNATIONAL, INC. and
MARRIOTT HOTELS, INC.,

                           Defendants.
-----------------------------------------------------------------X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 8, 2006, granting defendants' motion for summary judgment; and dismissing the case in its entirety; it is

       ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendants' motion for summary judgment is granted; and that the case is dismissed in its entirety.

Dated: Brooklyn, New York
         May 09, 2006

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court